**U.S. District Court**
**United States District Court for the Western District of Washington (Seattle)**
**CIVIL DOCKET FOR CASE #: 2:25−mc−00048−TL**

| | |
|---|---|
| J.A. v. Nintendo of America Inc | Date Filed: 07/18/2025 |
| Assigned to: Judge Tana Lin | |
| Case in other court: Northern District of California, San Francisco, 3:23−cv−05961−JD | |

**Plaintiff**

**J.A.**
*a minor, represented by his mother Andrea Deams, individually and on behalf of others similarly situated*
other
Andrea Deams

represented by **Julie C Erickson**
ERICKSON KRAMER OSBORNE LLP (CA)
959 NATOMA ST
SAN FRANCISCO, CA 94103
415−635−0631
Fax: 415−599−8088
Email: julie@eko.law
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin M. Osborne**
ERICKSON KRAMER OSBORNE LLP (CA)
959 NATOMA ST
SAN FRANCISCO, CA 94103
415−635−0631
Fax: 415−599−8088
Email: kevin@eko.law
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kim D Stephens**
TOUSLEY BRAIN STEPHENS PLLC
1200 FIFTH AVE STE 1700
SEATTLE, WA 98101
206−682−5600
Email: kstephens@tousley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Nintendo of America Inc**

represented by **Tyler Reese Bowen**
PERKINS COIE (AZ)
2525 EAST CAMELBACK RD
STE 500
PHOENIX, AZ 85016
602−351−8448
Fax: 602−648−7007
Email: tbowen@perkinscoie.com

|  |  | LEAD ATTORNEY |
|---|---|---|
|  |  | *PRO HAC VICE* |
|  |  | *ATTORNEY TO BE NOTICED* |
|  |  | **Shylah Renee Alfonso** |
|  |  | PERKINS COIE (SEA) |
|  |  | 1301 SECOND AVE |
|  |  | STE 4200 |
|  |  | SEATTLE, WA 98101–3804 |
|  |  | 206–359–3980 |
|  |  | Email: salfonso@perkinscoie.com |
|  |  | *ATTORNEY TO BE NOTICED* |

V.

**In Re**

| **Nintendo of America Inc** | represented by | **Shylah Renee Alfonso** |
|---|---|---|
| *Regarding subpoena directed to Nintendo of America Inc* |  | (See above for address) |
|  |  | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/18/2025 | Ï 1 | PLAINTIFF'S MOTION to Compel Discovery from Third Party Nintendo of America, Inc., filed by Plaintiff J.A.. (Attachments: # 1 Declaration of Julie C. Erickson in Support of Plaintiff's Motion to Compel Discovery from Third Party Nintendo of America, # 2 PROPOSED Order Granting Plaintiff's Motion to Compel Discovery from Defendant Nintendo of America Inc, # 3 Email Transmittal) Noting Date 8/8/2025. (RE) (Entered: 07/23/2025) |
| 07/24/2025 | Ï | Miscellaneous Case Filing Fee payment receipt number AWAWDC–9088214 (Erickson, Julie) (Entered: 07/24/2025) |
| 07/24/2025 | Ï 2 | APPLICATION OF ATTORNEY Julie C. Erickson FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff J.A. (Fee Paid) Receipt No. AWAWDC–9088442 (Stephens, Kim) (Entered: 07/24/2025) |
| 07/24/2025 | Ï 3 | APPLICATION OF ATTORNEY Kevin M. Osborne FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff J.A. (Fee Paid) Receipt No. AWAWDC–9088453 (Stephens, Kim) (Entered: 07/24/2025) |
| 07/24/2025 | Ï 4 | ORDER re 3 Application for Leave to Appear Pro Hac Vice, 2 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Kevin M. Osborne, and Julie C Erickson for Plaintiff J.A., by Clerk Ravi Subramanian. No document associated with this docket entry, text only.<br><br>*NOTE TO COUNSEL: Local counsel agrees to **sign all filings** and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(HH) (Entered: 07/24/2025) |
| 07/25/2025 | Ï 5 | NOTICE of Change of Address/Change of Name of Attorney Kevin M. Osborne. Filed by Plaintiff J.A.. (Osborne, Kevin) (Entered: 07/25/2025) |
| 08/04/2025 | Ï 6 | NOTICE of Appearance by attorney Shylah Renee Alfonso on behalf of Defendant Nintendo of America Inc, In Re Nintendo of America Inc. (Alfonso, Shylah) (Entered: 08/04/2025) |
| 08/04/2025 | Ï 7 |  |

| | | |
|---|---|---|
| | | APPLICATION OF ATTORNEY Tyler R. Bowen FOR LEAVE TO APPEAR PRO HAC VICE for Defendant Nintendo of America Inc, In Re Nintendo of America Inc (Fee Paid) Receipt No. AWAWDC−9104581 (Alfonso, Shylah) (Entered: 08/04/2025) |
| 08/04/2025 | Ï 8 | RESPONSE, by Defendant Nintendo of America Inc, In Re Nintendo of America Inc, to 1 MOTION to Compel. Oral Argument Requested. (Attachments: # 1 Declaration of Tyler R. Bowen)(Alfonso, Shylah) (Entered: 08/04/2025) |
| 08/05/2025 | Ï 9 | CORPORATE DISCLOSURE STATEMENT identifying Corporate Parent Nintendo Co. Ltd. for Nintendo of America Inc, Nintendo of America Inc. Filed pursuant to Fed.R.Civ.P 7.1(a)(1). Filed by Nintendo of America Inc, Nintendo of America Inc. (Alfonso, Shylah) (Entered: 08/05/2025) |
| 08/06/2025 | Ï 10 | ORDER re 7 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Tyler Reese Bowen for Nintendo of America Inc, by Clerk Ravi Subramanian. No document associated with this docket entry, text only.<br><br>*NOTE TO COUNSEL: Local counsel agrees to **sign all filings** and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(HH) (Entered: 08/06/2025) |
| 08/08/2025 | Ï 11 | REPLY, filed by Plaintiff J.A., TO RESPONSE to 1 MOTION to Compel (Stephens, Kim) (Entered: 08/08/2025) |
| 08/08/2025 | Ï 12 | DECLARATION of Kevin Osborne filed by Plaintiff J.A. re 1 MOTION to Compel (Stephens, Kim) (Entered: 08/08/2025) |
| 09/12/2025 | Ï 13 | ORDER TRANSFERRING MOTION. It is hereby ORDERED: (1) Plaintiff's motion (Dkt. No. 1 ) is TRANSFERRED to the Northern District of California for resolution.(2) The Clerk of Court is DIRECTED to close this matter after the transfer of the motion to compel. Signed by Judge Tana Lin. (CJS) (Entered: 09/12/2025) |
| 09/12/2025 | Ï | Case will be sent to the U.S. District Court for the Northern District of California by electronic transfer 15 days following the date of this filing.(CJS) (Entered: 09/12/2025) |