UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J.A,

Plaintiff,

v.

NINTENDO OF AMERICA INC.,

Defendant.

Case No. 25-mc-80300-AGT

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Re: Dkt. No. 1, 13

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable James Donato for consideration of whether the case is related to 23-cv-05961-JD (*see* dkt. 68).

**IT IS SO ORDERED.**

Dated: October 29, 2025

ALEX G. TSE
United States Magistrate Judge

United States District Court
Northern District of California